

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

1 DEC -4 P 2: 09

DISTRICT COURT
EW HAVEN, CT

)
SECURITIES AND EXCHANGE COMMISSION,    )
                                        )
              Plaintiff,                 )
                                        )
       v.                                )    3:05 CV 1036 (JBA)
                                        )
ROBERT R. ROSS, GEORGE J. KUNDRAT,       )
CHANCE M. VOUGHT, JOHN M. LUCARELLI,     )
and FREDERICK J. RAILA                   )
                                        )
              Defendants.                )
                                        )

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Tax Obligations, and the supporting Declarations of Jude P. Damasco

(collectively the "Declarations"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1.     The Clerk of the Court shall issue a check on the Court Registry account number

3755032731 (Bank of America) under the case name designation "SEC v. Robert R. Ross, et

al.," for the amount of $2,250 payable to Damasco & Associates, Trust Account for the payment

of tax obligations as provided in the Declaration. The check shall contain the notation "SEC v.

Robert R Ross, et al., Case No. 3:05 CV 1036 (JBA), EIN 20-4481853, 2008 quarterly tax

estimate."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates, LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 650-726-4100

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the SEC's billing number.

Dated: 12/3/08

/s/ Joan G. Margolis, USMJ

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

2